STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Barry Joseph Sallinger
Attorney at Law
820 E. St. Mary Blvd. #1
Lafayette LA 70503

Allyson Claire Melancon Prejean
Attorney at Law
820 East St. Mary Blvd.
Lafayette LA 70503

REHEARING ACTION: June 10, 2015

Docket Number: 15   00121-KW

STATE OF LOUISIANA
VS
EVAN VAUGHN PLYBON

Writ Application from Lafayette City Court Parish Case No. DT201400095

**BEFORE JUDGES**:

Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the ruling for the

application for rehearing filed by **Evan Vaughn Plybon** is:

**REHEARING DENIED:**  See Uniform Rules – Courts of Appeal.  Rule 2-18.7.

cc: Amanda Liotto-Rogers, Counsel for  the Respondent